# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

131536

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL DEAN BLASENGAME,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131536
COA: 268888
Allegan CC: 04-013882-FH

_____/

On order of the Court, the application for leave to appeal the May 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

s1018